# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

WALTER BATIZ           *
                       *
    Plaintiffs         *
                       *
v.                     *       **Civil No. 04-2012(SEC)**
                       *
UNITED STATES OF AMERICA *
                       *
    Defendant          *
**********************************

## JUDGMENT

Pursuant to our Opinion and Order of September 24, 2007 (Docket # 29), Petitioner's Motion to Vacate, Set Aside or Correct Sentence (Docket # 1) is hereby **DISMISSED WITH PREJUDICE**. Judgment is hereby entered accordingly.

    **SO ORDERED.**

In San Juan, Puerto Rico, this 24th day of September, 2007.

    S/ *Salvador E. Casellas*
    SALVADOR E. CASELLAS
    U.S. Senior District Judge